NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DANVERS E. LONG,**
*Petitioner,*

v.

**SOCIAL SECURITY ADMINISTRATION,**
*Respondent.*

---

2010-3108

---

Petition for review of the Merit Systems Protection Board in case no. CB7521080019-I-1.

---

## ON MOTION

---

## ORDER

The Association of Administrative Law Judges et al. (AALJ) move without opposition for leave to file a brief amicus curiae in support of Danvers E. Long. AALJ also moves for leave to participate in oral argument.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for leave to file a brief amicus curiae is granted.

   (2) The motion for leave to participate in oral argument is deferred for consideration by the merits panel assigned to hear this case. Copies of this order and the motion shall be transmitted to the merits panel.

                                        FOR THE COURT

SEP 1 3 2010
_____                         /s/ Jan Horbaly
      Date                              Jan Horbaly
                                        Clerk

cc: Christopher C. Sharp, Esq.
    Elizabeth M. Hosford, Esq.
    Linda A. Stagno, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 13 2010

JAN HORBALY
CLERK